# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00029-CV

### In re Lauren Wylie Donoho

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

We withdraw the opinion in this original proceeding dated January 26, 2023, and reinstate this original proceeding.

It is ordered on January 30, 2023.

Before Chief Justice Byrne, Justices Triana and Theofanis